**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

PERSEPHANIE T.,
       **Plaintiff,**

                                    **Case No. 2:25-cv-1310**
    v.                            **Judge Edmund A. Sargus, Jr.**
                                      **Magistrate Judge Caroline H. Gentry**

COMMISSIONER OF SOCIAL SECURITY,
       **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Remand. (ECF No. 11.) The Parties move the Court to remand this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.*) The Parties agree this Court should "enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits in the [Administrative Law Judge's] consideration of the medical opinion evidence and prior administrative medical findings." (*Id.* PageID 534.)

For good cause shown, the Court **GRANTS** (ECF No. 11) the Parties' Joint Motion to Remand. The Commissioner's decision is **REVERSED** and the matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). This case is remanded on the merits to permit the Administrative Law Judge to further consider medical opinion evidence and prior administrative medical findings. On remand, the Appeals Council will instruct the Administrative Law Judge to further consider Plaintiff's claim, take any further action necessary to complete the administrative record, including offering Plaintiff the opportunity for a hearing, and issue another decision.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

    **IT IS SO ORDERED.**

6/16/2026                                     s/Edmund A. Sargus, Jr.
**DATE**                                     **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**